**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ricardo BARBOSA–HUERTA,**
**Defendant–Appellant.**

**No. 13–3043.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2014.

Filed: Feb. 11, 2014.

Abram McGull II, Asst. U.S. Atty., Springfield, MO, for appellee.

David R. Mercer, Asst. Fed. Public Defender, Springfield, MO (Stephen C. Moss, Acting Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Ricardo Barbosa–Huerta directly appeals the sentence the district court [1] im-

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

posed after he pleaded guilty to an immigration offense. Counsel moves to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Barbosa–Huerta's within-Guidelines-range sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (appellate review of sentencing decision). Having independently reviewed the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Therefore, we affirm, and we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.